May 27, 1910.) Action by Frank K. Hays and another against the Maiden Lane Realty Company. D. R. Almy, for appellant. B. N. Cardozo, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HECHT, Respondent, v. A. G. HYDE & SONS, Appellants. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by William Hecht against A. G. Hyde & Sons. J. J. Allen, for appellants. M. J. O'Brien, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HEDGES et al., Respondents, v. WELLS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by Clarence E. Hedges and others against Mary L. Wells and another.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the authority of Heughes v. Galusha Stove Company, 122 App. Div. 118, 106 N. Y. Supp. 606.

McLENNAN, P. J., and ROBSON, J., dissent.

HEDLUND, Appellant, v. RADCLIFF et al., Respondents. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by John Hedlund against Edward L. Radcliff and others. L. S. Abberley, for appellant. F. Keck and C. R. Carruth, for respondents. No opinion. Judgment affirmed, with costs to each respondent separately appearing. Order filed.

HEGEMAN HARDWARE CO., Respondent, v. DE HIERAPOLIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by the Hegeman Hardware Company against George S. De Hierapolis and another.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

BURR, J., dissents.

HENDRICKSON, Respondent, v. ACME ENGINEERING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Edward Hendrickson against the Acme Engineering & Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, infra.

HENDRICKSON, Respondent, v. ACME ENGINEERING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by Edward Hendrickson against the Acme Engineering & Contracting Company. No opinion. Motion denied. See, also, supra.

HENNESSEY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by John A. Hennessey against the City of New York. With this case has been consolidated in this court cases bearing titles as follows: People ex rel. Isaac Dolinsky v. Thos. O'Connell; Annie Alliston v. City of New York; Ruth O'Hallock v. City of New York; Frederick E. Cloud v. Edelmino Dolman; Postal Life Ins. Co. v. William H. Hotchkiss; Abraham Feldman v. Consolidated Gas Co.; Sigmund Mayer v. Same. No opinions. Motions granted, with $10 costs. Orders filed.

HENRY, Appellant, v. HUDSON & M. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Delia Henry, as administratrix, etc., of Patrick Henry, deceased, against the Hudson & Manhattan Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

WOODWARD, J., dissents.

HERMAN & GRACE v. HILLMAN, et al. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Herman & Grace against Richard W. Hillman and others. J. P. Donellan, for appellants. T. Farley and O. F. Hibbard, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 130 App. Div. 531, 114 N. Y. Supp. 1107.

HEWLETT, Appellant, v. SEAMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by George B. Hewlett against Anna C. Seaman and others. No opinion. Judgment affirmed, with costs.

HEYL v. TAYLOR. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by George E. Heyl against Henry A. Taylor. No opinion. Motion for leave to appeal to Court of Appeals granted, and question certified. Order filed. See, also, 122 N. Y. Supp. 279.

HEYL BROS. & CO., Respondents, v. EARP-THOMAS FARMOGERM CO., Appellant. (Supreme Court, Appellate Division, First Department. June 3, 1910.) Action by Heyl Bros. & Co. against the Earp-Thomas Farmogerm Company. J. A. Keenan, for appellant. I. B. Louis, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

In re HIRSHFIELD. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) In the matter of David Hirshfield, an attorney. Proceedings dismissed. Edward A. Freshman, for the motion. Hunter & Hatch, opposed.

PER CURIAM. In view of the final adjustment of the controversy between Mr. Hirshfield and his client, and taking into consideration the sharp conflict of evidence in the affidavits submitted on this motion, this court has